FILED

JUL 27 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: **10 CR 50049** *Judge Kapala*
Case Name: **U.S. v. Christopher J. Brown**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   **NO ☒   YES ☐**   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   **NO ☒   YES ☐**   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   **NO ☒   YES ☐**
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO ☒   YES ☐**   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO ☒   YES ☐**

6) What level of offense is this indictment or information?   **FELONY ☒   MISDEMEANOR ☐**

7) **Does this indictment or information involve eight or more defendants?**   **NO ☒   YES ☐**

8) Does this indictment or information include a conspiracy count?   **NO ☒   YES ☐**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)
   ☐ Criminal Antitrust (II)
   ☐ Bank robbery .......... (II)
   ☐ Post Office Robbery ...... (II)
   ☐ Other Robbery ......... (II)
   ☐ Assault ............... (III)
   ☐ Burglary .............. (IV)
   ☐ Larceny and Theft ...... (IV)
   ☐ Postal Embezzlement ..... (IV)
   ☐ Other Embezzlement ..... (III)

   ☐ Income Tax Fraud .......... (II)
   ☐ Postal Fraud .............. (II)
   ☐ Other Fraud ............... (III)
   ☐ Auto Theft ................ (IV)
   ☐ Transporting Forged Securities .. (III)
   ☐ Forgery ................... (III)
   ☐ Counterfeiting ............ (III)
   ☒ Sex Offenses .............. (II)
   ☐ DAPCA Marijuana ........... (III)
   ☐ DAPCA Narcotics ........... (III)

   ☐ DAPCA Controlled Substances .... (III)
   ☐ Miscellaneous General Offenses .... (IV)
   ☐ Immigration Laws .............. (IV)
   ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Food & Drug Laws ............. (IV)
   ☐ Motor Carrier Act .............. (IV)
   ☐ Selective Service Act ........... (IV)
   ☐ Obscene Mail ................. (III)
   ☐ Other Federal Statutes .......... (III)
   ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.
    Title 18, United States Code, Section 2251(a)

*Michael D. Love*
Michael D. Love
Assistant United States Attorney

(Revised 12/99)