Christopher Brown #(B-33329) = Federal Case # 10 CR 50049
Lawrence Corr. Ctr.                   = as of Date 7-28-2010
10930 Lawrence Rd.
Sumner, IL. 62466      — Todays Date: July 23, 2013 —

Clerk of the Court
U.S. District Court Northern Illinois, Western Division,
United States Courthouse
211 South Court St.
Rockford, IL. 61101

In RE: Please find it in your power and by Petitioners, Christopher Brown #(B-33329)'s Request to request your office to notify Warden Hodge of Lawrence Correctional Center and I.D.O.C. in Springfield, IL. that my Federal hold from, Case # 10 CR 50049, has been dissmissed by the Court.

Please find with this Request Letter a Copy of the Docket Entry that I recieved from The Federal Defenders office.

At this time I.D.O.C. and Lawrence Corr. Ctr. is Refusing to except Copy from me.

Thank-You for your Assistance on clearing this cases dissmissal up with I.D.O.C. & Lawrence Corr. Ctr..

Sincerely: Christopher Brown,

**FILED**

JUL 2 6 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



# FEDERAL DEFENDER PROGRAM
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**MAIN OFFICE**

55 E. MONROE STREET - SUITE 2800
CHICAGO, ILLINOIS 60603
312.621.8300
312.621.8399 Fax

**CAROL A. BROOK**
EXECUTIVE DIRECTOR

**JOHN F. MURPHY**
DEPUTY DIRECTOR

**LOIS K. WAGNER**
ADMINISTRATIVE OFFICER

**ROCKFORD BRANCH**

202 W. STATE STREET - SUITE 600
ROCKFORD, ILLINOIS 61101
815.961.0800
Fax 815.961.0813

**PAUL E. GAZIANO**
BRANCH CHIEF

**KRISTIN J. CARPENTER**
STAFF ATTORNEY

**KAREN A. LEMKE**
ADMINISTRATIVE ASSISTANT

**BRADLEY D. STALLINGS**
INVESTIGATOR

April 23, 2013

Christopher Brown, #B33329
10930 Lawrence Road
Sumner, IL 62466

Dear Mr. Brown,

Enclosed please find a copy of the order entered by Judge Kapala dismissing your Federal Indictment. If you have any questions please contact Ms. Carpenter.

Sincerely,

Karen Lemke

Enclosures

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 50049 | **DATE** | 3/22/2013 |
| **CASE TITLE** | United States vs. Brown | | |

**DOCKET ENTRY TEXT:**

The government's unopposed combined motions for leave to dismiss indictment and to dismiss indictment pursuant to Federal Rule of Criminal Procedure 48(a) [4] are granted.

*/s/ Frederick J. Kapala*

Docketing to mail notices.

| | | Courtroom Deputy Initials | /lc |
|---|---|---|---|

10CR50049 United States vs. Brown

Page 1 of 1

Christopher Brown C5-30527
Lawrence Corr. Ctr.
10930 Lawrence Rd.
Sumner, IL 62466

Privilege/Legal
MAIL

- Clerk of The Court -
U.S. District Court
Northern District of Illinois
- Western Division -
211 South Court Street
Rockford, Illinois 61101

PRIVILEGED

THIS CORRESPONDANCE IS FROM
AN INMATE OF THE
IL DEPT OF CORRECTIONS



FOREVER

UNITED STATES POSTAGE
02 1M
0008003013
MAILED FROM
FIRST-CLASS
2013
62466



Mailed July 23, 2013